**STATE of Missouri, ex rel., Victoria S. COOK, M.D., Appellant,**

v.

**BOARD OF ZONING ADJUSTMENT OF KANSAS CITY, Missouri, Respondent.**

No. WD 48815.

Missouri Court of Appeals, Western District.

Aug. 30, 1994.

James C. Bowers, Jr., Cathy J. Dean, Kansas City, for appellant.

Kathleen A. Hauser, Acting City Atty., Cecilia O'Connor Abbott, Asst. City Atty., Kansas City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from a determination that a physician's office in a residence constituted a zoning violation.

Affirmed. Rule 84.16(b).